**PRAIRIE BAND POTAWATOMI NATION, Plaintiff– Appellant,**

**v.**

**Joan WAGNON, Secretary of the Kansas Department of Revenue, Defendant–Appellee,**

Winnebago Tribe of Nebraska, HCI Distribution, The Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas, The Iowa Tribe of Kansas and Nebraska, and the Sac and Fox Nation of Missouri, Amici Curiae.

No. 03–3218.

United States Court of Appeals,
Tenth Circuit.

Nov. 7, 2006.

David Prager, III, Tribal Attorney, Prairie Band Potawatomi Nation, Mayetta, KS, for Plaintiff–Appellant.

John Michael Hale, Special Assistant Attorney General, Kansas Department of Revenue, Topeka, KS, for Defendant–Appellee.

Before LUCERO, McKAY, and HARTZ, Circuit Judges.

## OPINION ON REMAND FROM THE UNITED STATES SUPREME COURT

McKAY, Circuit Judge.

In view of the Supreme Court's decision in *Wagnon v. Prairie Band Potawatomi Nation*, 546 U.S. 95, 126 S.Ct. 676, 163 L.Ed.2d 429 (2005), and after supplemental hearing, the prior decision of this court is vacated, as is the portion of the district court's opinion that applies the interest-balancing test. The order of the district court granting summary judgment in favor of Defendant is **AFFIRMED**.